# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CR-197-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| NYEMA NAKUAY CROPPER, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Stay" (Document No. 33) filed August 23, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, noting Defendant's consent, and in consultation with Judge Bell's chambers, the undersigned will <u>grant</u> the motion.

The Court finds that the ends of justice are served by taking such action as set forth in the motion and in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Stay" (Document No. 33) is **GRANTED**. The proceedings in this matter are hereby stayed until **February 19, 2023** for sufficient cause shown and for the reasons stated in the Government's motion.

**IT IS FURTHER ORDERED** that the Clerk is directed to certify copies of this Order to Defendant's counsel, to the United States Attorney, and to the United States Probation Office.

**SO ORDERED**.   Signed: August 23, 2022

David C. Keesler
United States Magistrate Judge