IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:21-CR-00197-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NYEMA NAKUAY CROPPER, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' Motion to Dismiss the Indictment, (Doc. No. 35), without prejudice. Having carefully reviewed the Motion, the Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

**SO ORDERED**

Signed: February 27, 2023

Kenneth D. Bell
United States District Judge